L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com

Attorney for Debtor(s)/Movant(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DISTRICT

| | |
|---|---|
| IN RE | Case No. 2:09-bk-33458-EC |
| Magdaleno B. Talamantes and Luisa Maria Talamantes | Adversary No: 2:09-ap-2244-EC |
| Debtor | **STIPULATION RE: ADVERSARY COMPLAINT TO DETERMINE SECURED VALUE OF REAL PROPERTY AND TO EXTINGUISH THE SECOND DEED OF TRUST OF BAC HOME LOANS SERVICING, L.P., ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, INCLUSIVE,** |
| Magdaleno B. Talamantes and Luisa Maria Talamantes | |
| Plaintiff | |
| v. | |
| BAC HOME LOANS SERVICING, L.P., its assignees and/or successors in interest ; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5, inclusive, | |
| Defendant(s) | **DATE: August 30, 2010**<br>**TIME: 3:00 pm**<br>**CRTRM: 1639, 255 E. Temple Street, LA CA 90012** |

This Stipulation is entered into by and between Magdaleno B. Talamantes and Luisa Maria Talamantes (hereinafter referred to as "Debtors), by and through their attorney of record, Leroy Bishop Austin; and BAC Home Loans Servicing, L.P., its assignees and/or successors in

---
**~ 1 ~**
**STIPULATION RE: COMPLAINT TO DETERMINE SECURED VALUE OF
REAL PROPERTY AND TO EXTINGUISH THE LIEN OF SECOND DEED OF TRUST**

interest (hereinafter referred to as "Creditor"), by and through by and through their attorney of record Edward T. Weber.

## RECITALS

A. Debtors are the makers of a Note in favor of Creditor which is secured by a Second Deed of Trust encumbering the real property located at 1657A and 1657B 251st Street, Harbor City, CA 90710. The Subject property is more fully described as Lot 14 of Tract # 14403, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in book 107 page 3-4 of Lot B, inclusive of Maps, in the office of the County Recorder of Said County, APN No. 7410-018-048. The principal balance on the Note is $92,250.00.

B. Debtors obtained a First Deed of Trust from BAC Home Loans Servicing, LP and the principal balance is approximately $491,778.78. Debtors have obtained an appraisal which estimates the fair market value of the property at $490,000.00.

C. On or about September 1, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Los Angeles Division and was assigned case no: 2:09-bk-33458-EC.

D. On or about September 30, 2009, Debtors filed an Adversary Complaint to determine secured value of real property and to extinguish the lien of the Second Deed of BAC Home Loans Servicing, L.P.

**THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:**

1. The Claim of the Defendant secured by the Second Deed of Trust on the property shall be paid through the Plaintiffs' Chapter 13 plan as a general unsecured claim in the amount $92,250.00.

2. If the Plaintiffs complete the Chapter 13 Plan and receives a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the property;

3. Should this Chapter 13 case be dismissed or converted to another Chapter under Title 11,

or should the Debtors fail to receive a discharge in this Chapter 13 case, the Creditor's second deed of trust on the property shall be unaffected by this bankruptcy case and shall remain a lien against the property;

4. Should a senior lienholder on the property foreclose on the property prior to the date which the Debtors receive a discharge in this Chapter 13 case, the Creditor shall retain all rights under applicable state law with regard to its lien; and

5. The parties shall bear their own costs incurred in the present stipulation.

IT IS SO STIPULATED:

DATED: 8/23/10          BY: _____
                             L. BISHOP AUSTIN
                             (Attorney for Debtors, Magdaleno B. Talamantes and Luisa Maria Talamantes)

DATED: 8/23/10          BY: _____
                             EDWARD T. WEBER
                             (Attorney for BAC Home Loans Servicing, LP)

- 3 -
STIPULATION RE: COMPLAINT TO DETERMINE SECURED VALUE OF
REAL PROPERTY AND TO EXTINGUISH THE LIEN OF SECOND DEED OF TRUST

| In re:<br>**Magdaleno B. Talamantes**<br>**and Luisa Maria Talamantes**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:09-ap-02244-EC** |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010**

A true and correct copy of the foregoing document described as   STIPULATION RE: ADVERSARY COMPLAINT TO DETERMINE SECURED VALUE OF REAL PROPERTY AND TO EXTINGUISH THE SECOND DEED OF TRUST OF BAC HOME LOANS SERVICING, L.P., ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST; DOE COMPANY 1-5;DOE CORPORATIONS 1-5; DOES 1-5 , INCLUSIVE    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  8/22/2010    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **8/22/2010**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **8/22/2010**    I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Attorney for Defendant: cdalton@rcolegal.com**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 22, 2010** | MOISES LOPEZ | /s/ Moises Lopez |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

F 9013-3.1
Best Case Bankruptcy

| In re:<br>**Magdaleno B. Talamantes**<br>**and Luisa Maria Talamantes**<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:09-ap-02244-EC** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

Hon. Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012-3332
Judge's Copy

Debtors
Magdaleno B. Talamantes and
Luisa Maria Talamantes
1657A and 1657B  251st Street
Harbor City, CA 90710

Chapter 13 Trustee
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

<u>1st Mortgage and 2nd Mortgage</u>
<u>(BAC Home Loans Servicing, L.P.)</u>
BAC Home Loans Servicing, L.P.
C/O Agent for service of process
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
Attorney for Defendant
Routh Crabtree Olsen, P.S.
505 North Tustin Ave, Suite 243
Santa Ana, CA 92705

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                                        **F 9013-3.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                                                Best Case Bankruptcy