L. Bishop Austin (SBN 175497)
L. Bishop Austin & Associates
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Telephone (213) 388-4939
Facsimile (213) 388-2411
Email: lbishopbk@yahoo.com

Attorney for Debtor(s)/Movant(s)

FILED & ENTERED

SEP 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DISTRICT

| | |
|---|---|
| In re | Case No. 2:09-bk-33458-EC |
| Magdaleno B. Talamantes and Luisa Maria Talamantes, | Adversary No: 2:09-ap-2244-EC |
| Debtors. | CHAPTER 13 |
| Magdaleno B. Talamantes and Luisa Maria Talamantes, | STIPULATED JUDGMENT |
| Plaintiffs, | (No hearing required) |
| vs. | |
| BAC HOME LOANS SERVICING, L.P., its assignees and/or successors in interest ; DOE COMPANY 1-5; DOE CORPORATIONS 1-5; DOES 1-5 , inclusive, Defendant. | |

Plaintiffs Magdaleno B. Talamantes and Luisa Maria Talamantes (the "Plaintiffs") filed their Complaint to Determine Nature and Extent of Liens Pursuant to 11 U.S.C. § 506(a) (the "Complaint") against defendant BAC Home Loans Servicing (the "Defendant") initiating the above-referenced adversary proceeding on September 30, 2009. The Plaintiffs and Defendant

having stipulated to the entry of judgment with respect to the claim of the Defendant secured by the second deed of trust on the real property commonly known as at 1657A and 1657B 251st Street, Harbor City, CA 90710 (the "Property") pursuant to the Stipulation re: Adversary Complaint to Determine Secured Value of Real Property and to Extinguish the Second Deed of Trust of BAC Home Loans Servicing, LP (the "Stipulation"), the court having reviewed the Stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The claim of the Defendant secured by the second deed of trust on the Property shall be paid through the Plaintiffs' chapter 13 plan as a general unsecured claim;
2. If the Plaintiffs complete the chapter 13 plan and receive a discharge in this chapter 13 case, the Defendant shall, upon receipt of notice of the discharge, promptly record a reconveyance of its second deed of trust against the Property;
3. Should this chapter 13 case be dismissed or converted to another chapter under Title 11, or should the Plaintiffs fail to receive a discharge in this Chapter 13 case, the Defendant's second deed of trust on the Property shall be unaffected by this bankruptcy case and shall remain a lien against the Property;
4. Should a senior lienholder on the Property foreclose on the Property prior to the date which the Plaintiffs receive a discharge in this chapter 13 case, the Defendant shall retain all rights under applicable state law with regard to its lien; and

5.  The parties shall bear their own costs.

###

DATED: September 14, 2010

*Ellen Carroll*
United States Bankruptcy Judge

3

| In re: | CHAPTER 13 |
|---|---|
| Magdaleno B. Talamantes and Luisa Maria Talamantes | CASE NUMBER: **2:09-ap-2244-EC** |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

The foregoing document described **STIPULTED JUDGEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ‗I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ‗ 8/23/2010 ‗ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on‗‗‗‗‗‗ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8 /23 /10 | Moises Lopez | /s/ Moises Lopez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

4

**SERVED BY U.S. MAIL**

Hon. Ellen Carroll
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Los Angeles, CA 90012-3332
Judge's Copy

Debtors
Magdaleno B. Talamantes and
Luisa Maria Talamantes
1657A and 1657B  251st Street
Harbor City, CA 90710

Chapter 13 Trustee
Kathy A. Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

1st Mortgage and 2nd Mortgage
(BAC Home Loans Servicing, L.P.)
BAC Home Loans Servicing, L.P.
C/O Agent for service of process
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

BAC Home Loans Servicing, LP
Attorney for Defendant
Routh Crabtree Olsen, P.S.
505 North Tustin Ave, Suite 243
Santa Ana, CA 92705

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled    **STIPULATED JUDGEMENT** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of      8/23/2010     , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Leroy Bishop Austin on behalf of Plaintiff Luisa Talamantes- lbishopbk@yahoo.com, lbishopbk@gmail.com
United States Trustee (LA)- ustpregion16.la.ecf@usdoj.gov
Edward T Weber on behalf of Defendant BAC HOME LOANS SERVICING LP- eweber@rcolegal.com, bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

1

2

3

4   Hon. Ellen Carroll
    U.S. Bankruptcy Court
5   Roybal Federal Building
    255 E. Temple Street
6   Los Angeles, CA 90012-3332
7   Judge's Copy

8   Debtors
    Magdaleno B. Talamantes and
9   Luisa Maria Talamantes
    1657A and 1657B  251st Street
10  Harbor City, CA 90710

11
    Chapter 13 Trustee
12  Kathy A. Dockery
    700 S. Flower Street, Suite 1950
13  Los Angeles, CA 90017

14
    <u>1st Mortgage and 2nd Mortgage</u>
15  <u>(BAC Home Loans Servicing, L.P.)</u>
    BAC Home Loans Servicing, L.P.
16  C/O Agent for service of process
    CT Corporation System
17  818 West Seventh Street
    Los Angeles, CA 90017
18

19  BAC Home Loans Servicing, LP
    Attorney for Defendant
20  Routh Crabtree Olsen, P.S.
    505 North Tustin Ave, Suite 243
21  Santa Ana, CA 92705

22

23

24

25

26

27

28

7